| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO.**<br>**1437 Bannock Street, Denver, CO 80202**<br>**Telephone: (720) 865-8301** | DATE FILED: January 8, 2021 1:39 PM<br>FILING ID: B9355E8C990F2<br>CASE NUMBER: 2021CV30001 |
| DIAMOND EXTERIORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, a Connecticut corporation,<br><br>Defendant. | ^COURT USE ONLY^ |
| *Attorneys for Plaintiffs*<br>James O'Donnell, No. 53853<br>Nathanael Archuleta, No. 50075<br>Furtado Law PC<br>3773 Cherry Creek North Drive, Ste. 575<br>Denver, CO 80209<br>Telephone: (303) 755-2929<br>Facsimile: (303) 309-6463<br>E-Mail:  dodonnell@furtadolaw.com<br>            nathanael@furtadolaw.com | Case No:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW Plaintiff, Diamond Exteriors LLC ("Plaintiff"), by and through its attorneys, Furtado Law PC, and submits its Complaint and Jury Demand against the above-named Defendant Travelers Casualty Insurance Company of America ("Defendant") and states as follows:

### I.   NATURE OF THE ACTION

1. Plaintiff bring this action seeking economic and non-economic damages related to Defendant's breach of an insurance contract and statutory claims pursuant to C.R.S.



§§10-3-1115 and 10-3-1116 arising from Defendant's unreasonable delay and denial of timely payment for insurance benefits including recoverable depreciation.

## II. PARTIES

2. Diamond Exteriors LLC ("Plaintiff") is a limited liability company in good standing in the state of Colorado. Its principal office street address is PO Box 903, Castle Rock, CO 80104, United States.

3. Upon information and belief, Travelers Casualty Insurance Company of America ("Defendant") is a Connecticut corporation with its principal place of business in Hartford, Connecticut and is authorized to do business in Colorado.

## III. JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action and the parties hereto.

5. Venue is proper in this Court pursuant to C.R.C.P. 98(c)(1).

## IV. GENERAL ALLEGATIONS

6. Richard Seder sought and obtained an insurance policy, Policy No. 0CHV26-602803275-633 1 (hereinafter "the Policy"), from Defendant for his home located at 27773 E. Broadway Drive, Kiowa, CO 80117 (the "Property")

7. On or about August 11, 2019, during the Policy period, a hailstorm hit Mr. Seder's Property causing property damage.

8. Mr. Seder filed his claim with Defendant and Defendant issued him claims number IES2120001H.

9. On or about August 29, 2019, Defendant's adjuster, Robert Flay, drafted an estimate of repairs for the Property with a replacement cost value of $37,070.52 (actual cash value of $28,086.34).

10. On August 19, 2019, Richard Seder entered into a contract with Diamond Exteriors pursuant to which Diamond Exteriors was assigned (among other things) all insurance proceeds, the right to pursue insurance proceeds from Defendant, and pursue legal action.

11. On or about January 21, 2020, Diamond Exteriors prepared an invoice for the completed repairs to the Property's roof noting a replacement cost value of $37,822.88 and provided the same to Defendant on January 27, 2020.

12. On or about April 17, 2020, Plaintiff sent Defendant a letter demanding appraisal on the claim and selecting Mark Higgins as his appraiser.

13. Defendant selected Joseph Del Guidice as its appraiser.

14. On or about February 3, 2020, Defendant's adjuster, Robert Flay, drafted a revised estimate of repairs for the Property with a replacement cost value of $40,017.39 (actual cash value of $34,356.82).

15. In turn, Defendant issued a supplemental payment to Plaintiff for the non-disputed repair items contained in Diamond Exteriors' invoice for repairs to the Property.

16. On or about March 24, 2020, Plaintiff prepared an invoice for the repair work completed to the Property since Plaintiff's aforementioned January 21, 2020 invoice in the amount of $47,697.00 – which included repair work to the Property's soffit vents, painting, and roof and wall replacement.

17. Diamond Exteriors, through Douglass Smith, provided the aforementioned estimate to Defendant's adjuster, Robert Flay, via email on March 31, 2020.

18. In response, Defendant's adjuster, Robert Flay, acknowledged receipt of the aforementioned estimate from Diamond Exteriors on March 31, 2020.

19. On or about April 6, 2020, Defendant's adjuster, Robert Flay, reinspected the Property.

20. On or about October 12, 2020, the appraisal umpire signed the appraisal award with a replacement cost value of $70,067.91 ($58,057.69 ACV).

21. Based on the appraisal award, Defendant issued Plaintiff payment on the claim in the amount of $19,667.54 on or about November 11, 2020.

22. Upon information and belief, the appraisal award amount is evidence that Defendant's initial valuation of the claim was incorrect and unreasonably delayed. Upon information and belief, Plaintiff should not have been required to invoke appraisal to get a fair valuation of the claim.

23. Although Plaintiff provided Defendant with the necessary documentation to recover covered benefits, Defendant has unreasonably delayed and denied Plaintiff claims for benefits by failing to conduct a reasonable investigation of the Property's damages and failing to properly adjust the loss with all available information.

24. As a consequence of Defendant's conduct in unreasonably delaying and denying Plaintiff' claims for benefits due and owing under the Policy, Plaintiff has incurred and continues to incur damages.

## V. FIRST CLAIM FOR RELIEF
*(Breach of Contract)*

25. Plaintiff incorporates the allegations contained in the paragraphs above as if fully set forth herein

26. The Policy creates a contract of insurance.

27. Richard Seder assigned his post-loss insurance claim at-issue in this matter to Plaintiff.

28. By its actions, as described above, Defendant breached the contract of insurance by failing to pay all covered benefits due and owing under the Policy.

29. As a direct and proximate result of said breach, the Plaintiff is entitled to damages in an amount to be determined at trial.

## VI.    SECOND CLAIM FOR RELIEF
*(Violation of C.R.S. §10-3-1115 and Relief Pursuant to §10-3-1116)*

30. Plaintiff incorporates the allegations contained in the paragraphs above as if fully set forth herein.

31. C.R.S. §10-3-1115 forbids an insurer from unreasonably delaying or denying payment of a claim for benefits owed to or on behalf of a first-party claimant.

32. Plaintiff is a first-party claimant under C.R.S. §10-3-1115.

33. Defendant has denied the Plaintiff's claim without a reasonable basis within the meaning of C.R.S. §10-3-1115.

34. C.R.S. §10-3-1116 provides that a first-party claimant whose claim has been unreasonably delayed by an insurer may bring an action in Colorado district court to recover reasonable attorneys' fees and court costs and two times the covered benefit.

35. Because of Defendant's actions, as described above, violate C.R.S. §10-3-1115, Plaintiff brings this claim to recover his reasonable attorneys' fees and court costs and two times the covered benefit, as allowed under C.R.S. §10-3-1116.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment in its favor and against Defendant on its Claims for Relief as follows:

1.    Damages for Defendant's breach of contract;

2.    Two times the amount of all covered benefits under the Policy;

3.    Costs, expert witness fees, and attorneys' fees per statute incurred in prosecuting its claims;

4. Pre- and post-judgment interest; and

5. For such other and further relief as this Court may deem just.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL CLAIMS**

Respectfully submitted this 8th day of January 2021.

                                                  FURTADO LAW PC

                                                  */s/ James O'Donnell*
                                                  James O'Donnell, Esq.
                                                  David Furtado, Esq.
                                                  Nathanael Archuleta, Esq.
                                                  Furtado Law PC
                                                  3773 Cherry Creek North Drive,
                                                  Ste. 755
                                                  Denver, CO 80209
                                                  Telephone: (303) 755-2929
                                                  Email:       Dfurtado@furtadolaw.com
                                                                     Nathanael@furtadolaw.com
                                                                     dodonnell@furtadolaw.com
                                      ***Attorneys for Plaintiff***