**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-00404-WJM-SKC

DIAMOND EXTERIORS, LLC,

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## STIPULATION OF DISMISSAL
---

Plaintiff Diamond Exteriors, LLC and Defendant Travelers Casualty Insurance Company of America, by and through their undersigned attorneys, having settled this matter, stipulate that this matter shall be dismissed, with prejudice, with each party to bear its own costs and request the court to retain jurisdiction to enforce the terms of their settlement agreement.

Respectfully submitted this 3rd day of January, 2022.

| FURTADO LAW, PC | FORAN GLENNON PALANDECH PONZI & RUDLOFF PC |
|---|---|
| By: */s/ Carl Snider* | By: */s/ Steven C. Swanson* |
| Carl Snider | Steven C. Swanson, #50512 |
| 3773 Cherry Creek North Dr. | 700 17th Street |
| Suite 755 | Suite 1350 |
| Denver, CO 80209 | Denver, Colorado 80202 |
| (303) 755-2929 | Telephone: (720) 336-2230 |
| carl@furtadolaw.com | sswanson@fgppr.com |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 3, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven C. Swanson
700 17th Street
Suite 1350
Denver, Colorado 80202
Telephone: (720) 336-2230
sswanson@fgppr.com
***Attorneys for Defendant***

                                          */s/ Carl Snider*
                                          Carl Snider